# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00556-CV

### In re Courtenay Brandt, Relator

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 10-2554-F425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Relator Courtenay Brandt has filed a petition for writ of mandamus and motion for emergency relief. Tex. R. App. P. 52.8, 52.10. We deny relator's motion for emergency relief. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before September 4, 2013.

It is ordered on August 21, 2013.

Before Justices Pemberton, Goodwin and Field